Timothy J. BOE, Appellant,

v.

TCF NATIONAL BANK; John or Jane Does 1–100, unknown investors; John Roes 1–100, being undisclosed Mortgage Aggregators (Wholesalers), Mortgage Originators, Loan Seller, Trustee of Pooled Assets, Trustee for Holders of Certificates of Collateralized Mortgage Obligations, Appellees.

No. 10–3651.

United States Court of Appeals, Eighth Circuit.

Submitted: May 2, 2011.

Filed: May 5, 2011.

Timothy John Boe, Zimmerman, MN, pro se.

[*] The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, sitting by designation.

1. The Honorable Robert W. Pratt, Chief Judge of the United States District Court for the Southern District of Iowa.

Michael William Haag, Foley & Mansfield, Minneapolis, MN, for Appellees.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Timothy J. Boe appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his Truth in Lending Act lawsuit. Upon de novo review, *see Detroit Gen. Ret. Sys. v. Medtronic, Inc.,* 621 F.3d 800, 804–05 (8th Cir.2010) (standard of review), we find that the dismissal was proper, *see Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (pro se complaint must be liberally construed, but must allege sufficient facts to support claims advanced). We decline to consider the claims Boe has waived on appeal, *see Griffith v. City of Des Moines,* 387 F.3d 733, 739 (8th Cir.2004), or the issues raised in the district court's order which he has not briefed, *see Meyers v. Starke,* 420 F.3d 738, 743 (8th Cir.2005); and we find nothing in the record reflecting judicial bias. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

